UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC J. DUARTE,                          )
        Plaintiff,                       )
                                         )       Civil Action No.
        v.                               )       23-11009-NMG
                                         )
DANIELLE FRANE, et al.,                  )
        Defendants.                      )
                                         )

**ORDER**

**GORTON, J.**

On January 8, 2024, the Court ordered that summonses issue
and that Duarte serve the summonses and second amended complaint
on the defendants.  (Docket # 35).  In the same order, the Court
denied Duarte's motion for appointment of counsel "without
prejudice to renewal after the defendants have been served and
have had an opportunity to respond to the second amended
complaint."  <u>Id.</u> ¶ 5.

Since that time, Duarte has filed two motions for leave to
file an "amended supplemental complaint" (Docket ## 42, 45) and
two motions for appointment of counsel (Docket ## 43, 51).  Upon
review of these filings, the Court hereby orders:

1.  The motions to file an "amended supplemental
complaint" are DENIED.  Even assuming Duarte's proposed
pleadings state a claim upon which relief can be granted, any
changes to the operative pleading at this juncture would

unnecessarily interfere with the already slow progress of this case.  Once the defendants have been properly served with second amended complaint and have had an opportunity to respond to the pleading, Duarte may seek leave to amend or supplement the pleading in accordance with Rule 15 of the Federal Rules of Civil Procedure and Local Rule 15.1.[1]

2.   The motions for appointment of counsel are DENIED.  As the Court stated in its January 8, 2024 order, Duarte may file a renewed motion for appointment of counsel once the defendants have been served and have had an opportunity to respond to the second amended complaint.

**So ordered.**

/s Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 4, 2024

---

[1] Local Rule 15.1 reads:

**(a) Amendments Adding Parties.**  Amendments adding parties shall be sought as soon as an attorney reasonably can be expected to have become aware of the identity of the proposed new party.

**(b) Service on New Party.**  A party moving to amend a pleading to add a new party shall serve, in the manner contemplated by Fed. R. Civ. P. 5(b), the motion to amend upon the proposed new party at least 14 days in advance of filing the motion, together with a separate document stating the date on which the motion will be filed.  A motion to amend a pleading to add a new party shall be accompanied by a certificate stating that it has been served in advance on the new party as required by this rule.