```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ERIC J. DUARTE,          )<br>     Plaintiff,         )<br>                          )    Civil Action No.<br>     v.                   )    23-11009-NMG<br>                          )<br>DANIELLE FRANE, et al.,   )<br>     Defendants.          )<br>                          ) | |

**ORDER**

**GORTON, J.**

For the reasons set forth below, the Court orders plaintiff Eric Duarte to show good cause why this action should not be dismissed for failure to serve timely each defendant with a summons and the second amended complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure ("Rule 4").

On January 8, 2024, the Court ordered that summonses issue for all the defendants to the second amended complaint ("SAC") (Docket # 27) and that Duarte serve the summonses and second amended complaint on the defendants. (Docket # 35). In that order, the Court ordered Duarte to complete service in accordance with Rule 4 and stated that he could ask the United States Marshals Service ("USMS") to complete service so long as he provided all documents for service and completed a USM-285 form for each party to be served. The Court stated that failure

to complete service within 90 days could result in dismissal of the action.

On January 9, 2024, the Clerk issued the summonses and mailed to Duarte a copy of the January 8, 2024 order (Docket # 35), the summonses (Docket #37), instructions for service by the USMS (Docket # 36 at 1), Local Rule 4.1 (Docket # 36 at 2), fourteen USM-285 forms, and a courtesy copy of the second amended complaint (Docket # 27).

On April 4, 2024, the Court issued an order denying Duarte's motion to amend or supplement his pleading, stating that "any changes to the operative pleading at this juncture would unnecessarily interfere with the already slow progress of this case" and that "[o]nce the defendants [had] been served with the second amended complaint and . . . had an opportunity to respond to the pleading," Duarte could seek leave to amend or supplement in accordance with Rule 15 of the Federal Rules of Civil Procedure and Local Rule 4.1.  (Docket # 52 ¶ 2).

More than 90 days have passed since the summonses issued and there is no indication that the summonses and second amended complaint have been properly served on the defendants.  Service by mail (regular or certified) does not comply with Rule 4.  See Fed. R. Civ. P. 4(e).

2

Accordingly:

1. If Duarte wishes to prosecute this action, he must, within twenty-eight (28) days, provide the Court proof of service of the summonses and second amended complaint in compliance with Rule 4 or show good cause why this action should not be dismissed for failure to complete service of the summonses and second amended complaint. If, prior to receipt of this order, Duarte provided the USMS with all documents necessary to effect service, he shall so notify the Court of the same and provide the date on which he mailed the documents to the USMS.

Failure to comply with this order within twenty-eight (28) days of the date of this order <u>will</u> result in dismissal of this action. <u>See</u> Fed. R. Civ. P. 4(m).

2. Because it appears that the defendants have not been served with the summonses and second amended complaint, the motions for discovery (Docket ## 58, 60) are <u>DENIED</u>.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 06/26/2024